**THOMAS E. FRANKOVICH (State Bar #074414)**
**THOMAS E. FRANKOVICH**
*A PROFESSIONAL LAW CORPORATION*
**4328 Redwood Hwy, Suite 300**
**San Rafael, CA   94903**
Telephone:   415/444-5800
Facsimile:   415/444-5805

**Attorney For BYRON CHAPMAN,**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BYRON CHAPMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>ARCO AM/PM 6078;  BP WEST COAST PRODUCTS LLC, a Delaware Limited Liability Company; and MADISON AVENUE P&L ENTERPRISES, INC., a California Corporation dba ARCO AM/PM 6078,<br><br>    Defendants. | CASE NO.  2:14-CV-00315-TLN-EFB<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

   The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: May 28, 2015                THOMAS E. FRANKOVICH
                                   *A PROFESSIONAL LAW CORPORATION*

                                   By: */s/ Thomas E. Frankovich*
                                        Thomas E. Frankovich
                                   Attorney for CRAIG YATES, an individual

Dated: May 29, 2015                **Law Offices of Matthew V. Brady**

                                   Signature approved 5/29/15

                                   By:  /s/ Matthew S. Brady
                                        Matthew V. Brady, Esq
                                   Attorney for Defendant MADISON AVENUE P&L ENTERPRISES, INC., a California Corporation dba ARCO AM/PM 6078.

Dated: May 28, 2015                **ALSTON & BIRD LLP**

                                   Signature approved 5/28/15

                                   By: /s/ Deborah Yoon Jones
                                        Deborah Yoon Jones
                                   Attorney for Defendant BP WEST COAST PRODUCTS LLC, a Delaware Limited Liability Company

STIPULATION OF DISMISSAL AND ORDER THEREON             CASE NO. **2:14-CV-00315-TLN-EFB**

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated:  June 2, 2015

Troy L. Nunley
United States District Judge